JOSEPH J. GRIFFIN, Respondent, v. CORPORATION OF THE CHURCH OF THE ASSUMPTION OF MECHANICVILLE, N. Y., Appellant.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.